IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FERNANDO GONZALEZ, et al.,** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | **NO. 11-5327** |
| | : | |
| **MOLDED ACOUSTICAL PRODUCTS** | : | |
| **OF EASTON, INC., et al.,** | : | |
| Defendants. | : | |

# O R D E R

   **AND NOW**, this   27th   day of March 2013, upon consideration of the Defendants' Motion for Summary Judgment (Doc. No. 44), Plaintiffs' Response thereto (Doc. No. 45), Defendants' Motion for Leave to File a Reply Brief (Doc. No. 46), Defendants' Reply Brief (Doc. No. 46, Ex. A), Defendants' Motion *in Limine* to Preclude Admission of EEOC Position Statements (Doc. No. 48), Plaintiffs' Response thereto (Doc. No. 50), Defendants' Motion for Leave to File a Reply Brief (Doc. No. 51), and Defendants' Reply (Doc. No. 51, Ex. A), **IT IS HEREBY ORDERED** that:

1. Defendants' Motions for Leave to File a Reply Brief (Doc. Nos. 46 & 51) are **GRANTED**. Exhibits A to each motion shall be deemed **FILED**;

2. Defendants' Motion for Summary Judgment (Doc. No. 44) is **GRANTED** as to Plaintiffs' claim for punitive damages; Defendants' Motion for Summary Judgment is otherwise **DENIED**;

3. Defendants' Motion *in Limine* to Preclude Admission of EEOC Position Statements (Doc. No. 48) is **DENIED**.

                                                            BY THE COURT:

                                                            */s/ Lawrence F. Stengel*
                                                            LAWRENCE F. STENGEL, J.