IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FERNANDO GONZALEZ, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 11-5327 |
| | : | |
| MOLDED ACOUSTICAL PRODUCTS OF EASTON, INC., et al., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 22nd day of May 2013, upon consideration of Defendants' Motion for Reconsideration (Doc. No. 56), Plaintiffs' Response thereto (Doc. No. 57), Defendants' Motion for Leave to File a Reply Brief (Doc. No. 59), Plaintiffs' Response thereto (Doc. No. 60), and Defendants' Reply (Doc. No. 59, Ex. A), **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Leave to File a Reply Brief is **GRANTED**. Exhibit A to the motion shall be deemed **FILED**;

2. Defendants' Motion for Reconsideration is **DENIED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.